## WILLIAM J. MILARDO *v.* COMMISSIONER OF CORRECTION

The petitioner William J. Milardo's petition for certification for appeal from the Appellate Court, 41 Conn. App. 749 (AC 14409), is denied.

*Denise Ansell*, in support of the petition.

*Marjorie Allen Dauster*, assistant state's attorney, in opposition.

Decided September 18, 1996

## STATE OF CONNECTICUT *v.* ALLAN DEGOURVILLE

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 772 (AC 13289), is denied.

*Melvin A. Simon*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided September 18, 1996

The defendant's petition for certification for appeal from the Appellate Court, 41 Conn. App. 790 (AC 14623), is granted, limited to the following issue: